January 5, 2015

In re:  03-14-00760-CR; SOT v Linda Woodman


Mr. Kyle,

I am respectfully requesting a 30-day extension to file this record.  It is ten volumes.  I can have it filed by Monday, February 2, 2015.


Thank you,

Shana Wise, CSR 6642